# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**M.D. MODZELEWSKI, F.D. MITCHELL, T.J. STINSON**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**JONATHAN D. TRUJILLO**
**SERGEANT (E-5), U.S. MARINE CORPS**

**NMCCA 201300361**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 28 May 2013.
**Military Judge**: Col Philip J. Betz, Jr., USMC.
**Convening Authority**: Commanding Officer, 3d Assault Amphibian Battalion, 1st Marine Division (Rein), Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation**: Capt E.R. Gordon, USMC.
**For Appellant**: Col Terri R. Zimmerman, USMCR.
**For Appellee**: Mr. Brian K. Keller, Esq.

**20 February 2014**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court